UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10018-CIV-KING

DISABILITY ADVOCATES AND COUNSELING
GROUP, INC., and STEVEN BROTHERS,

    Plaintiffs,

v.

AMERADA HESS CORPORATION, HESS
REALTY CORPORATION, SPECON II, LLC,
SPECON X, LLC,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came on for consideration upon the parties' notification that the above-styled action has been amicably settled. The Court, having considered the record and being fully advised in the premises, finds and concludes that the action should be dismissed without prejudice to the parties' rights to reopen the case within ~~ten (10)~~ 30) [JLK] days in the event that settlement is not consummated. Accordingly, it is

ORDERED and ADJUDGED that the above-styled action is hereby DISMISSED and is hereby CLOSED. All unresolved motions in this case are hereby denied as moot. Within sixty (60) days of this Dismissal Order, either party may petition the Court to reinstate this case, but only upon a showing of a good cause as to why the settlement was not consummated. It is further

ORDERED and ADJUDGED this civil case is DISMISSED, with leave to reopen upon good cause shown.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 7th day of May, 2008.

```
                                    _____
                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE
```

cc:   ***Counsel for Plaintiff:***
William Nicholas Charouhis, Esq.
WILLIAM N CHAROUHIS & ASSOCIATES
80 SW 8th Street
Brickell Bayview Center, Suite 1750
Miami, Florida 33130
Facsimile: (305) 377-8416

***Counsel for Defendant:***
Jurate Schwartz, Esq.
PROSKAUER ROSE
2255 Glades Road
Suite 340 West
Boca Raton, Florida 33431-7360
Facsimile: (561) 241-7145