UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 08-10018 CIV – KING/GARBER

---------------------------------------------------------------------------x
DISABILITY ADVOCATES AND COUNSELING GROUP,      :
INC. and STEVEN BROTHER,                         :
                                                 :
    Plaintiffs,                                 :
                                                 :
vs.                                              :
                                                 :
AMERADA HESS CORPORATION, HESS REALTY            :
CORPORATION, SPECON II, LLC, and SPECON X, LLC.  :
                                                 :
    Defendants.                                  :
---------------------------------------------------------------------------x

## FINAL ORDER APPROVING SETTLEMENT AGREEMENT
## AND SIDE LETTER AND DISMISSING ACTION WITH PREJUDICE

THIS CAUSE came before the Court on Plaintiffs' and Defendants' (collectively, the "Parties") Joint Notice of Settlement, and Request for Approval of Settlement Agreement and Side Letter and Dismissal of Action With Prejudice, and the Court having reviewed the Settlement Agreement, Side Letter, and the pleadings and papers filed in the cases, being advised that the Parties hereto seek the dismissal of this action in its entirety with prejudice, with the Court approving the Settlement Agreement and Side Letter (after *in camera* inspection) and retaining jurisdiction for the enforcement of the Settlement Agreement and Side Letter entered into between the Parties, it is hereby

1

ORDERED AND ADJUDGED that:

1. This matter is hereby dismissed in its entirety with prejudice and without any award of costs or attorneys' fees, subject to the provisions hereof. The parties have agreed that Defendants shall bear their own attorneys' and expert's fees, litigation expenses, and costs, and Defendants shall also pay Plaintiffs' attorney's fees, expert's fees, litigation expenses, and costs as agreed to by the parties in the aforementioned Settlement Agreement and Side Letter.

2. This Court has reviewed and hereby approves the Settlement Agreement and Side Letter entered into by the Parties and directs those Parties to comply with the terms thereof. The Court retains jurisdiction over this matter for the purpose of enforcement of the Settlement Agreement and Side Letter.

3. Any pending motions are hereby DENIED as moot and this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of June, 2008.

_____
Hon. James L. King
United State District Court Judge
Southern District of Florida

Copies furnished to:

William N. Charouhis, Esq.
Allan H. Weitzman, Esq.
Jurate Schwartz, Esq.
Allan H. Weitzman, Esq.

2